```
              UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF FLORIDA
                  FORT MYERS DIVISION
```

JOSEPH HAYES on behalf of himself
and others similarly situated,

                      Plaintiff,

vs.	Case No.   2:11-cv-541-FtM-29DNF

IL MIO SOGNO LLC, a Florida
corporation doing business as
Mongello's Restaurant & Lounge,
MARIANNE F. MONGELLO, FRED MONGELLO,
individuals,

                      Defendants.
_____

## OPINION AND ORDER

This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #29), filed May 7, 2012, recommending that the Joint Motion for Approval of Settlement Agreement as Stipulated Final Judgment (Doc. #28) be granted, the Mediated FLSA Overtime Settlement Agreement and General Mutual Release (Doc. #28-1) be approved as fair and reasonable, and the case dismissed.  No objections have been filed and the time to do so has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  In the absence of specific objections, there is no requirement that a district judge review

factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations.  28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions *de novo*, even in the absence of an objection.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED**:

1.  The Report and Recommendation (Doc. #29) is hereby **adopted** and the findings incorporated herein.

2.  The Joint Motion for Approval of Settlement Agreement as Stipulated Final Judgment (Doc. #28) is **granted** and the Mediated FLSA Overtime Settlement Agreement and General Mutual Release (Doc. #28-1) is **approved** as fair and reasonable.

3.  The Clerk shall enter judgment **dismissing** the case with prejudice, terminate all deadlines and motions, and close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this __11th__ day of June, 2012.

JOHN E. STEELE
United States District Judge

-3-

Copies:
Hon. Douglas N. Frazier
United States Magistrate Judge

Counsel of Record