UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOSEPH HAYES on behalf of himself
and others similarly situated,

                    Plaintiff,

vs.                                    Case No.  2:11-cv-541-FtM-29DNF

IL MIO SOGNO LLC, a Florida
corporation doing business as
Mongello's Restaurant & Lounge,
MARIANNE F. MONGELLO, FRED MONGELLO,
individuals,

                    Defendants.
_____

**OPINION AND ORDER**

This matter is before the Court on consideration of the
Magistrate Judge's Report and Recommendation (Doc. #29), filed May
7, 2012, recommending that the Joint Motion for Approval of
Settlement Agreement as Stipulated Final Judgment (Doc. #28) be
granted, the Mediated FLSA Overtime Settlement Agreement and
General Mutual Release (Doc. #28-1) be approved as fair and
reasonable, and the case dismissed.  No objections have been filed
and the time to do so has expired.

After conducting a careful and complete review of the findings
and recommendations, a district judge may accept, reject or modify
the magistrate judge's report and recommendation.  28 U.S.C. §
636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982),
cert. denied, 459 U.S. 1112 (1983).  In the absence of specific
objections, there is no requirement that a district judge review

factual findings *de novo*, <u>Garvey v. Vaughn</u>, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. <u>See</u> <u>Cooper-Houston v. Southern Ry. Co.</u>, 37 F.3d 603, 604 (11th Cir. 1994); <u>Castro Bobadilla v. Reno</u>, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), <u>aff'd</u>, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED**:

1. The Report and Recommendation (Doc. #29) is hereby **adopted** and the findings incorporated herein.

2. The Joint Motion for Approval of Settlement Agreement as Stipulated Final Judgment (Doc. #28) is **granted** and the Mediated FLSA Overtime Settlement Agreement and General Mutual Release (Doc. #28-1) is **approved** as fair and reasonable.

3. The Clerk shall enter judgment **dismissing** the case with prejudice, terminate all deadlines and motions, and close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this ___11th___ day of June, 2012.

JOHN E. STEELE
United States District Judge

Copies:
Hon. Douglas N. Frazier
United States Magistrate Judge

Counsel of Record